UNITED STATES of America v. Susan Kingsley WOODS.

UNITED STATES v. Delia CARRAHER, etc.

Nos. 208, 209.

Circuit Court of Appeals, Tenth Circuit.

Jan. 14, 1930.

Ralph L. Carr, U. S. Atty., of Denver, Colo.

Before LEWIS and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed January 14, 1930, on stipulation.

UNITED STATES ex rel. Akeivi BOSKENIS, Appellant, v. Benjamin M. DAY, Commissioner of Immigration at the Port of New York, Appellee.

No. 313.

Circuit Court of Appeals, Second Circuit.

May 5, 1930.

Harold Van Riper, of New York City, for appellant.

Charles H. Tuttle, U. S. Atty., of New York City (Leon E. Spencer, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed.

UNITED STATES of America ex rel. Costas CATECHES, Relator-Appellant, v. Benjamin M. DAY, United States Commissioner of Immigration, Respondent-Appellee.

No. 314.

Circuit Court of Appeals, Second Circuit.

May 5, 1930.

Harold Van Riper, of New York City, for appellant.

Charles H. Tuttle, U. S. Atty., of New York City (George B. Schoonmaker, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed.

UNITED STATES of America ex rel. Christ KOTOS, Relator-Appellee, v. Benjamin M. DAY, Commissioner of Immigration, at the Port of New York, Respondent-Appellant.

No. 383.

Circuit Court of Appeals, Second Circuit.

June 16, 1930.

Charles H. Tuttle, U. S. Atty., of New York City (Frank W. Ford, Asst. U. S. Atty., of New York City, of counsel), for respondent.

Harold Van Riper, of New York City, for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.